UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY BRIAN PORTEOUS,<br><br>    Plaintiff,<br><br>    v.<br><br>R. AVILA, et al.,<br><br>    Defendants. | No. 1:21-cv-00529-ADA-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT<br><br>(ECF Nos. 41, 44, 53) |

Plaintiff Larry Brian Porteous ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

On March 30, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Defendants' motion for summary judgment be granted. (ECF No. 53.) The parties were given twenty-one days to file objections to the findings and recommendations. (*Id.*) The deadline has passed, and no objections were filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

///

1

Accordingly,

1. The findings and recommendations issued by the Magistrate Judge on March 30, 2023, (ECF No. 53), are adopted in full;
2. Defendants' motion for summary judgment filed on December 1, 2022, (ECF No. 44), is granted; and
3. The Clerk of Court shall enter judgment in favor of Defendants.

IT IS SO ORDERED.

Dated: June 30, 2023

_____
UNITED STATES DISTRICT JUDGE

2